Others, Defendants, Impleaded with RIVERDALE HOMEBUILDERS, INC., Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to serve complaint upon defendant Riverdale Homebuilders, Inc., within ten days from service of order and with leave to said defendant to answer within twenty days from date of service of said complaint. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ISIDOR ECKER, Respondent, v. WALTON-MANHATTAN CORPORATION, Appellant. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ISIDOR ECKER, Respondent, v. WALTON-MANHATTAN CORPORATION, Appellant. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LANG BROS., INC., Respondent, v. L. BACHMAN & CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ. .

CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, Respondent, v. SIDNEY WEINREB, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ALBERT BERMAN, Respondent, v. BEN HAMBURGER and HENRY HAMBURGER, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WILLIAM ECKENFELDER and Others, Respondents, Appellants, v. COGWILL LAND CO., INC., Appellant, Respondent.— Order so far as appealed from by the defendant modified by granting items 1, 2, 3, 4, 5 and 8, and as so modified affirmed, with ten dollars costs and disbursements to the defendant. Order so far as appealed from by the plaintiffs affirmed. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

KING R. GRAHAM, Respondent, v. E. F. DREW & COMPANY, INC., and OIL PRODUCE CO., INC., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

GINO G. STRANGE, Respondent, v. MAX HORN and SOL HORN, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

FRIEDA SCHAFFEL, Appellant, v. ELLEN THORNTON and Others, Respondents. — Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of enjoining defendants from selling any food or drink to be consumed upon the premises. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Petition of SALEMBIER & VILLATE, INC., Appellant, for an